# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 16, 2013

## NO.  03-12-00350-CV

**Anthony Bonfanti, Jr., Appellant**

**v.**

**Texas Department of Criminal Justice Institutional Division
and Texas Board of Pardons and Paroles, Appellees**

---

**APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
VACATED AND DISMISSED FOR WANT OF JURISDICTION --
OPINION BY JUSTICE ROSE**

---

**THIS CAUSE** having this day come to be considered, and the Court being of the opinion that there was error in the district court's order granting summary judgment:  **IT IS ACCORDINGLY** ordered that district court's order granting summary judgment is vacated and judgment is rendered dismissing the petition for writ of mandamus for want of jurisdiction.  It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below, and that this decision be certified below for observance.